# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **CRIMINAL NO.   08-00042-CG** |
| **v.** | * | |
| | * | |
| **OSHEA MONTRELL ODOM** | * | |

## FINAL JUDGMENT OF FORFEITURE

**WHEREAS**, on March 24, 2008, a Plea Agreement was entered by Defendant, Oshea Montrell Odom, and the United States of America, which Plea Agreement provided, inter alia, that the Defendant, Oshea Montrell Odom, would enter a plea of guilty to Count Four of the Indictment filed by the United States Attorney, charging him with possession with the intent to distribute crack cocaine in violation of Title 21, United States Code, §841(a)(1).  Pursuant to the Plea Agreement, Defendant, Oshea Montrell Odom, also agreed to and confessed to the forfeiture as set out below:

**(1)  One diamond and white gold cross necklace with chain seized from defendant Oshea Montrell Odom on December 28, 2007;**

**(2)  One bracelet with diamonds and yellow and green stones seized from the defendant Oshea Montrell Odom on December 28, 2007.**

**WHEREAS,** the United States properly published notice of the forfeiture of the above-described property and the requirements for filing a claim for the property for 30 consecutive days starting February 24, 2009, on www.forfeiture.gov,   A Proof of Publication was filed on March 26, 2009, (Doc. 51), specifying the details of this publication.  No third-parties have come forward to assert an interest in the subject property in the time required under Title 21, U.S.C., § 853(n).

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED**

that the following property is forfeited to the United States of America pursuant to Title 21,

United States Code, Section 841(a)(1) and 853, and Federal Rule of Criminal Procedure 32.2(b),

for disposition according to law:

 **(1)  One diamond and white gold cross necklace with chain seized from defendant Oshea Montrell Odom on December 28, 2007;**

 **(2)  One bracelet with diamonds and yellow and green stones seized from the defendant Oshea Montrell Odom on December 28, 2007.**

 **IT IS FURTHER ORDERED** that the United States shall retain jurisdiction in the case

for the purpose of enforcing this Order; and

 **IT IS FURTHER ORDERED** that the Clerk of the Court shall forward four (4) certified

copies of this Order to Assistant United States Attorney George F. May.

 DONE and ORDERED this 28th day of April, 2009.

      /s/ Callie V. S. Granade
      CHIEF UNITED STATES DISTRICT JUDGE